## CLEVELAND, C., C. & ST. L. RY. CO. v. FOSTER et al.

(Circuit Court of Appeals, Second Circuit. November 12, 1894.)

Nos. 19 and 20.

Appeal from the Circuit Court of the United States for the Southern District of New York.

Lourey, Stone & Auerbach, for appellants.

Henry Melville, for appellees.

Order of discontinuance on consent.

---

## THE DELAWARE.

## THORNE v. WINNETT et al.

(Circuit Court of Appeals, Second Circuit. April 16, 1895.)

Appeal from the District Court of the United States for the Eastern District of New York.

J. Parker Kirlin, for appellant.

Harrington Putnam, for appellees.

Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

No opinion. Certified to the supreme court of the United States as to the effect of the act of congress of February 13, 1893, and, if decided adversely by that court, the order is to be affirmed.

---

## EDISON ELECTRIC ILLUMINATING CO. et al. v. ACCUMULATOR CO.

(Circuit Court of Appeals, Second Circuit. November 11, 1894.)

No. 131.

Appeal from the Circuit Court of the United States for the Southern District of New York.

E. H. Lewis and John R. Bennett, for defendants and appellants.

Betts, Hyde & Betts, for complainant and appellee.

Before WALLACE and SHIPMAN, Circuit Judges, and TOWNSEND, District Judge.

No opinion. Affirmed.

---

## EDISON ELECTRIC LIGHT CO. et al. v. STAFFORD et al.

(Circuit Court of Appeals, Second Circuit. November 14, 1894.)

Appeal from the Circuit Court of the United States for the Southern District of New York.

Eaton & Lewis, for appellants.

Hobbs & Gifford, for appellees.

Order entered on stipulation of consent withdrawing appeal.

---

## EISING et al. v. OSBORN et al.

(Circuit Court of Appeals, Second Circuit. October 13, 1894.)

Appeal from the Circuit Court of the United States for the Southern District of New York.

Rose & Putzel, for appellants.

Jones & Govin, for appellees.

Dismissed, pursuant to the twenty-third rule.